LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Avenue, Suite 206
Anaheim Hills, CA 92807
Telephone (949) 354-2601
splesset@ghidottilaw.com
Attorneys for Defendant Charles Schwab Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK QUESENBERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., CHARLES SCHWAB BANK, N.A., ATTORNEY LENDER SERVICES, INC., AZTEC FORECLOSURE CORPORATION; QUICKEN LOANS, INC., CHEVY CHASE BANK, BARCLAYS' BANKPCL; BRITISH BANKERS ASSOCIATION; BBA LIBOR LTD, DOES 1-20, inclusive,<br><br>    Defendants | Case No.: 3:16-cv-05457-~~EDL~~ JST<br><br>**STIPULATION RE REMAND TO STATE COURT; ORDER THEREON** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

STIPULATION RE REMAND TO STATE COURT;ORDER THEREON - 1

Plaintiff, Mark Quesenberry ("Plaintiff"), and Defendant, Charles Schwab Bank, fka Charles Schwab Bank, N.A., hereby stipulate and agree as follows:

1. Plaintiff has agreed to dismiss any and all claims against Defendant Charles Schwab Bank, fka Charles Schwab Bank, N.A. ("Schwab").

2. Plaintiff has named as a DOE 1 Defendant, an entity named Realty X Change Corporation, which is believed to be a California Corporation, and wishes to proceed against this Defendant in State Court.

3. Plaintiff and Schwab therefore agree and stipulate that the instant matter, which was removed on September 23, 2016, be remanded to the Superior Court of California, County of Sonoma, Case No. SCV259291 ("State Court Action").

4. Upon entry of the Order of Remand and Remand, Plaintiff shall dismiss Schwab from the State Court Action, with each side to bear its own attorneys' fees and costs.

Dated: October 12 2016

DocuSigned by:
_____
33226BDAA0E64C7...
Mark Quesenberry
Plaintiff

STIPULATION RE REMAND TO STATE COURT;ORDER THEREON - 2

Dated: October 14, 2016

LAW OFFICES OF MICHELLE GHIDOTTI

___/s/____Sonia A. Plesset_____
Sonia A. Plesset, attorneys for Charles Schwab
Bank, fka, Charles Schwab Bank, N.A.

## ORDER

Upon consideration of the Stipulation between the parties, the Court's file, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The above-entitled action is remanded to the Superior Court of California, County of Sonoma, under Case No. SCV259291.

Dated: November 1, 2016

~~Magistrate Judge~~

District Court Judge